**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-cv-02638-WYD-MEH

MARION SETLIFF,

    Plaintiff,

       v.

FIRST REVENUE ASSURANCE, LLC.

    Defendant.

---

**NOTICE OF SETTLEMENT**

---

NOW COMES the Plaintiff, MARION SETLIFF, by and through the undersigned counsel, and hereby informs the court that the parties have settled the present matter and are in the process of finalizing settlement, which parties anticipate will be finalized within the next 30 days. Plaintiff anticipates filing a Notice of Voluntary Dismissal upon consummation of settlement.

Plaintiff therefore requests that this Honorable Court vacate all dates currently set on calendar for the present matter.

DATED:  January 8, 2009	KROHN & MOSS, LTD.

By: /s/ Nicholas J. Bontrager         _
      Nicholas J. Bontrager, Esq.
      Krohn & Moss, Ltd.
      10635 Santa Monica Blvd., Suite 170
      Los Angeles, CA 90025
      Ph: (323) 988-2400; Fx: (866) 802-0021
      nbontrager@consumerlawcenter.com