**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:08-cv-02638-WYD-MEH

MARION SETLIFF,

    Plaintiff,

       v.

FIRST REVENUE ASSURANCE LLC

    Defendant.

**NOTICE OF VOLUNTARY DISMISSAL
(Unlawful Debt Collection Practices)**

**NOTICE OF VOLUNTARY DISMISSAL**

MARION SETLIFF (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(A) (Dismissal of Actions—Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, with prejudice, FIRST REVENUE ASSURANCE LLC (Defendant), in this case.

///

///

///

///

DATED:  February 26, 2009   KROHN & MOSS, LTD.

            By: Nicholas J. Bontrager
              Nicholas J. Bontrager, Esq.
              Krohn & Moss, Ltd.
              10635 Santa Monica Blvd., Suite 170
              Los Angeles, CA 90025
              Ph: (323) 988-2400; Fx: (866) 802-0021
              nbontrager@consumerlawcenter.com